*State, Petitioner, v. Rich, Respondent*, No. 91623-3. Petition for review of a decision of the Court of Appeals, No. 70711-6-I, March 23, 2015, 186 Wn. App. 632. Petitioner's petition for review *granted* and respondent's petition for review *denied* September 2, 2015.

State, Respondent, v. Rivas, Petitioner, No. 91568-7. Petition for review of a decision of the Court of Appeals, No. 32170-3-III, March 9, 2015. *Granted on a specific issue* and *remanded* to the superior court September 2, 2015.

*Gresh, Petitioner, v. Okanogan County et al., Respondents*, No. 89948-7. Petition for review of a decision of the Court of Appeals, No. 31394-8-III, December 5, 2013, 178 Wn. App. 1012. *Denied* September 2, 2015.

*State, Respondent, v. Buckingham, Petitioner*, No. 90274-7. Petition for review of a decision of the Court of Appeals, No. 69853-2-I, April 21, 2014, 180 Wn. App. 1032. *Denied* September 2, 2015.

*Toward Responsible Dev., Petitioner, v. City of Black Diamond et al., Respondents*, No. 90716-1. Petition for review of a decision of the Court of Appeals, No. 69414-6-I, June 16, 2014, 181 Wn. App. 1030. *Denied* September 2, 2015.

*State, Respondent, v. Byrne, Petitioner*, No. 90787-1. Petition for review of a decision of the Court of Appeals, No. 69919-9-I, August 11, 2014, 182 Wn. App. 1051. *Denied* September 2, 2015.

*State, Respondent, v. Thompson, Petitioner*, No. 90796-0. Petition for review of a decision of the Court of Appeals, No. 70254-8-I, August 18, 2014, 183 Wn. App. 1002. *Denied* September 2, 2015.